UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA

V.                                                                 1:25-CR-00262-BMC

ISMAEL ZAMBADA GARCIA,

DEFENDANT

-----------------------------------------------X

## NOTICE OF APPEARANCE

I wish to enter my appearance as counsel for the above-named defendant in this cause. I understand that it is my duty to continue to represent the named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; unless and until, after written motion filed by me, I am relieved by the Order of the Court.

DATED:  August 26, 2025

Respectfully submitted,

_Frank A. Perez_____
FRANK A. PEREZ
Sate Bar No. 00789541
Law Office of Frank A. Perez
9110 Scyene Rd.
Dallas, Texas  75227
Telephone: (214) 828-9911
Facsimile: (214) 828-2104
Email:  fperez@frankperezlaw.com

ENTRY OF APPEARANCE – Page 1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August, 2025 the foregoing Notice of Appearance was filed electronically with the clerk of the United States District Court for the Eastern District of New York to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney and all other counsel.

/s/ *Frank A Perez*
Frank A Perez